AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilkinson, III, James H. | 4th US Circuit Court of Appeals | 05/06/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Court Judge | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 255 W. Main Street Room 230<br>Charlottesville, VA 22902 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. to date | I will receive no salary from my former employer, the University of Virginia Law School. There will be no continuing participation (contd Part VIII) |
| 2. | |
| 3. | |

Wilkinson , III , James H.

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, James H. | 05/06/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society | November 17-18, 2010 | Washington, DC | Panel | Lodging/Dinner |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, James H. | 05/06/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, James H. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Trust #1 | | | | | | | | | |
| 2. Albemarle Corp Common Stock | A | Dividend | L | T | | | | | |
| 3. Altria Group Inc Common Stock | A | Dividend | | | Sold | 09/07/10 | J | D | |
| 4. Philip Morris Intl Common Stock | A | Dividend | | | Sold | 09/07/10 | K | E | |
| 5. AT&T Common Stock | D | Dividend | M | T | | | | | |
| 6. Deere & Co Common Stock | C | Dividend | N | T | Sold (part) | 09/07/10 | L | F | |
| 7. Dupont E I De Nemours & Co Common Stock | C | Dividend | M | T | | | | | |
| 8. Duke Energy Corp Common Stock | C | Dividend | L | T | | | | | |
| 9. General Electric Co Common Stock | C | Dividend | M | T | | | | | |
| 10. Hewlett Packard Common Stock | B | Dividend | M | T | | | | | |
| 11. Johnson & Johnson Common Stock | B | Dividend | K | T | | | | | |
| 12. Kraft Common Stock | A | Dividend | J | T | | | | | |
| 13. Lily Ely & Co Common Stock | C | Dividend | K | T | | | | | |
| 14. Media General Inc. Common Stock | | None | | | Sold | 09/07/10 | J | C | |
| 15. Proctor & Gamble Co Common Stock | D | Dividend | N | T | Sold (part) | 09/07/10 | K | E | |
| 16. Providence & Worcester RR Common Stock | A | Dividend | L | T | | | | | |
| 17. Royal Dutch Petroleum Shell Co Common Stock | D | Dividend | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Merck & Co Comon Stock | C | Dividend | L | T | | | | | |
| 19. Spectra Energy Corp Common Stock | B | Dividend | L | T | | | | | |
| 20. SunTrust Bank Inc Common Stock | A | Dividend | K | T | | | | | |
| 21. Pfizer & Co Common Stock | B | Dividend | K | T | | | | | |
| 22. Ridgeworth Fd - Large Cap Core Equity | A | Dividend | J | T | | | | | |
| 23. Ridgeworth Fd - Sm Cap Val Equty | A | Dividend | K | T | Buy (add'l) | 09/02/10 | K | | |
| 24. Ridgeworth Fd - Mid-Cap Core Eqty | A | Dividend | M | T | | | | | |
| 25. Ridgeworth Fd - Intl Equity | C | Dividend | N | T | Buy | 09/02/10 | N | | |
| 26. Ridgeworth Fd - Intl Equity Index | A | Dividend | | | Sold | 09/02/10 | N | | |
| 27. Ridgeworth Fd - Va Inter Mun Bond | E | Interest | P1 | T | Buy (add'l) | 01/21/10 | L | | |
| 28. | | | | | Buy (add'l) | 09/02/10 | L | | |
| 29. Ridgeworth Fd-Sm Cap Growth (Y) | | | | | | | | | |
| 30. Ridgeworth Fd - Large Cap Grth Stk (Y) | | | | | | | | | |
| 31. Ridgeworth Fd -Agressive Growth (Y) | | | | | | | | | |
| 32. FederatedFD-Va Muni MMKT(formerlyRidgeworthFd-VaTaxFree MMKT | A | Interest | M | T | | | | | |
| 33. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, James H. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. IRA #1 | | | | | | | | | |
| 35. Ridgeworth Fd - Mid Cap Value Equity | A | Dividend | J | T | | | | | |
| 36. Ridgeworth Fd - Large Cap Growth | A | Dividend | K | T | Sold (part) | 07/23/10 | J | | |
| 37. Ridgeworth Fd - Large Cap Value Equity | A | Dividend | K | T | Sold (part) | 07/23/10 | J | | |
| 38. Ridgeworth Fd - Emerging Growth | A | Dividend | J | T | | | | | |
| 39. Ridgeworth Fd - Intl 130/30 | A | Dividend | J | T | | | | | |
| 40. Ridgeworth Fd - Intl Equity Index | A | Dividend | J | T | | | | | |
| 41. Ridgeworth Fd -Agressive Growth (Y) | | | | | | | | | |
| 42. FederatedFD-PrimeObligMMKT(frmly RidgeworthFd-PrimeQualMMKT) | A | Interest | J | T | | | | | |
| 43. | | | | | | | | | |
| 44. Trust #2 | | | | | | | | | |
| 45. Albemarle Corp Common Stock | A | Dividend | K | T | | | | | |
| 46. AT&T Common Stock | B | Dividend | K | T | | | | | |
| 47. Dupont E I De Nemours & Co Common Stock | A | Dividend | K | T | | | | | |
| 48. Duke Energy Corp Common Stock | A | Dividend | J | T | | | | | |
| 49. Hewlett Packard Common Stock | A | Dividend | L | T | | | | | |
| 50. Johnson & Johnson Common Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. Lincoln Natl Corp Common Stock | A | Dividend | M | T | | | | | |
| 52. Royal Dutch Petroleum Shell Co Common Stock | B | Dividend | K | T | | | | | |
| 53. Merck & Co Common Stock | B | Dividend | K | T | | | | | |
| 54. Spectra Energy Corp Common Stock | A | Dividend | J | T | | | | | |
| 55. Pfizer & Co Common Stock | A | Dividend | J | T | | | | | |
| 56. Ridgeworth Fd -Agressive Growth | A | Dividend | K | T | | | | | |
| 57. Ridgeworth Fd - Va Inter Mun Bond | D | Interest | M | T | | | | | |
| 58. FederatedFD-Va Muni MMKT(formerlyRidgeworthFd-VaTaxFree MMKT | A | Interest | K | T | | | | | |
| 59. | | | | | | | | | |
| 60. Deposit Accounts | | | | | | | | | |
| 61. SunTrust Interest Checking #1 | A | Interest | J | T | | | | | |
| 62. SunTrust Checking #2 | | None | J | T | | | | • | |
| 63. SunTrust Checking #3 | | None | J | T | | | | | |
| 64. | | | | | | | | | |
| 65. Trust #3 | | | | | | | | | |
| 66. Ridgeworth Fd - Large Cap Core Equity | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, James H. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 67. Ridgeworth Fd - Small Cap Growth Stock | A | Dividend | J | T | | | | | |
| 68. Ridgeworth Fd - Intl Equity | B | Dividend | L | T | | | | | |
| 69. Ridgeworth Fd - Intl 130/30 | A | Dividend | J | T | | | | | |
| 70. Ridgeworth Fd - Mid Cap Core Equity | A | Dividend | | | Sold | 12/01/10 | J | | |
| 71. Ridgeworth Fd - Large Cap Growth Stock | A | Dividend | L | T | | | | | |
| 72. Ridgeworth Fd - Agressive Growth Stock | A | Dividend | K | T | | | | | |
| 73. Ridgeworth Fd - Emerging Growth Stock | A | Dividend | K | T | | | | | |
| 74. Ridgeworth Fd - Large Cap Value Equity | A | Dividend | K | T | | | | | |
| 75. Ridgeworth Fd - Mid Cap Value Equity | A | Dividend | K | T | | | | | |
| 76. Ridgeworth Fd - Va Inter Mun Bond | D | Interest | M | T | | | | | |
| 77. FederatedFD-Va Muni MMKT(formerlyRidgeworthFd-VaTaxFree MMKT | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, James H. | 05/06/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II: Agreements.

RE: I will rec, contd.... in any benefit plan provided by the University, although past pension benefits are vested. My mortgage was provided at a favorable rate available to faculty members and had to be refinanced within 6 months of leaving the University. The mortgage was paid in full on 02/09/1985.

Part VII. Investments and Trusts

Trust #1

My Revocable Trust

IRA

My current IRA -
Account is invested entirely in SunTrust Bank mutual funds, named Ridgeworth Funds.

Trust #2

▓▓▓▓ Revocable Trust

Trust #3

Irrevocable GST Trust ▓▓▓▓▓▓▓▓▓▓▓▓

This trust was created from ▓▓▓▓▓ Trust (her Revocable Trust became Irrevocable Interim Trust - after her death) which was split into two shares, after IRS approval was received ▓▓▓▓▓▓▓ My share later became this trust. When it was initially funded, it held only cash, but it has now been fully invested. The overall asset allocation now includes various asset classes represented by a diverse group of SunTrust Bank mutual funds (Ridgeworth Funds).

Lines 32,42,58 and 77.

Federated Funds purchased the Ridgeworth money market funds in 2010. All Ridgeworth money market funds were converted to Federated money market funds.

Lines 29,30,31 and 41 Ridgeworth Funds (Y).

Each of these funds was inadvertently marked as "Sold (part)" in 2009 in the respective accounts. The correct reporting should have been "Sold."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **James H. Wilkinson, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544